IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE PERRY, #109858, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-992-WKW |
| | ) |
| BILL WYNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 4, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 6.) On December 3, 2014, Plaintiff filed an objection. (Doc. # 9.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made and finds that the objection is without merit. *See* 28 U.S.C. § 636(b).

Accordingly, it is ORDERED as follows:

1. Plaintiff's objection (Doc. # 9) is OVERRULED.

2. The Recommendation (Doc. # 6) is ADOPTED.

3. Plaintiff's claims are DISMISSED prior to service of process, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

A separate final judgment will be entered.

DONE this 8th day of December, 2014.

                                           /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE